UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAELJ. WOODCOCK,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-03043 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Woodcock
H-27629/ D-112 Low
Correctional Training Facility
PO Box 689
Soledad, CA 93960

Office of the Attorney General
455 Golden Gate Avenue
San Francisco, CA

Dated: June 15, 2007

                                    Richard W. Wieking, Clerk
                                    By: Lili M. Harrell, Deputy Clerk