1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5703
  Fax:  (415) 703-1234
8 |   Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL J. WOODCOCK,** | C 07-3043 WHA (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

     Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until October 15, 2007, in which to file a response to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of counsel.  We have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself.

     Wherefore, respondent respectfully requests that this Court grant an extension of time to and including October 15, 2007, in which to file an answer or other responsive pleading.

///

///

1  Dated: August 14, 2007

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5

6  GERALD A. ENGLER
   Senior Assistant Attorney General

7  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

8

9

10 /s/ Michele J. Swanson
   MICHELE J. SWANSON
   Deputy Attorney General

11 Attorneys for Respondent

12

13 20100246.wpd
   SF2007401656

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Applic. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus     Woodcock v. Curry, Warden
                                                                              C 07-3043 WHA (PR)

2