1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5703
  Fax:  (415) 703-1234
8 |   Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL J. WOODCOCK,** | C 07-3043 WHA (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case. Respondent's answer or other responsive pleading is due August 14, 2007, pursuant to this Court's June 15, 2007 Order to Show Cause. I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

I was not the attorney who handled this case on direct appeal. Since having this case assigned to me, I have been working on cases with chronological precedence, and in the past 30 days I have filed an answer in *Brown v. Kernan* (C 06-4194 MJJ (PR)), a petition for rehearing

in *People v. Mejia* (A113018), and have just completed an answer in *Nguyen v. Evans* (C 06-4630 JSW (PR)). I am currently working on an answer in *Solorio v. Evans* ( C 06-4641 MHP), and am expecting an opposition brief to come in shortly on a case before the California Supreme Court, *People v. Mentch* (S148204), in which I will have 20 days to file a reply brief. For these reasons, I need additional time to complete the response in this case.

Petitioner is in custody and representing himself. Therefore, I have not attempted to contact him to inform him about this application for an extension of time.

Accordingly, I respectfully request that the Court grant respondent an extension of 60 days, to and including October 15, 2007, in which to file a response to the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20100251.wpd
SF2007401656