**CHAMBERS COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL J. WOODCOCK,<br><br>        Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>        Respondent. | C 07-3043 WHA (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **October 15, 2007**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading

IT IS SO ORDERED.

Dated: 8.27.07

_____
The Honorable William Alsup

[Proposed] Order

Woodcock v. Curry, Warden
Case No. C 07-3043 WHA (PR)