1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
7 |  Telephone: (415) 703-5703
 Fax: (415) 703-1234
8 |  Email: Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL J. WOODCOCK,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**BEN CURRY, Warden,**<br><br>　　　　　　　　　　Respondent. | C 07-3043 WHA (PR)<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until December 14, 2007, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. We have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself.

Wherefore, respondent respectfully requests that this Court grant an extension of time to and including December 14, 2007, in which to file an answer or other responsive pleading.

///

///

Dated: October 15, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20109496.wpd
SF2007401656