1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL J. WOODCOCK,**<br><br>                           Petitioner,<br><br>     v.<br><br>**BEN CURRY, Warden,**<br><br>                           Respondent. | C 07-3043 WHA (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

20    I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

21    I am a Deputy Attorney General for the State of California and am assigned to

22  represent respondent in this case.  Respondent's answer or other responsive pleading is due

23  October 15, 2007, pursuant to this Court's August 30, 2007 order granting respondent's first

24  application for an extension of time.  I am unable to meet this deadline, and request an extension

25  of time to file a response to the petition for the following reasons.

26    I was not the attorney who handled this case on direct appeal.  Since having this case

27  assigned to me, I have been working on cases with chronological precedence, and in the past 30

28  days I have filed an answer in *Delgado v. Horel* (C 06-5436 WHA (PR)) and a motion to dismiss

in *Johnson v. Malfi* (C 06-6376 MJJ (PR)). I have also completed a motion to dismiss in *Castillo v. Brown* (C 05-1177 WHA (PR)), and am now waiting for further documentation from the state trial court to attach as exhibits before filing the motion. I am currently working on the responsive pleadings in *Carpenter v. Kenan* (C 06-7408 JSW (PR)) and *Runge v. Evans* (C 06-2509 PJH (PR)). For these reasons, I need additional time to complete the response in this case.

Petitioner is in custody and representing himself. Therefore, I have not attempted to contact him to inform him about this application for an extension of time.

Accordingly, I respectfully request that the Court grant respondent an extension of 60 days, to and including December 14, 2007, in which to file a response to the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on October 15, 2007.

                                        /s/ Michele J. Swanson
                                       MICHELE J. SWANSON
                                       Deputy Attorney General

20109497.wpd
SF2007401656