IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL J. WOODCOCK,** | C 07-3043 WHA (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **December 14, 2007**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading

    IT IS SO ORDERED.

Dated: _____    _____

                                                                             The Honorable William Alsup