CHAMBERS COPY

FILED

OCT 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL J. WOODCOCK,<br><br>                        Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>                        Respondent. | C 07-3043 WHA (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **December 14, 2007**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading

IT IS SO ORDERED.

Dated: 10-17-07

_____
The Honorable William Alsup

[Proposed] Order

Woodcock v. Curry, Warden
Case No. C 07-3043 WHA (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. WOODCOCK,

      Plaintiff,

v.

BEN CURRY et al,

      Defendant.

Case Number: CV07-03043 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Woodcock
H-27629/ D-112 Low
Correctional Training Facility
PO Box 689
Soledad, CA 93960

Michele Joette Swanson
CA State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: October 24, 2007

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk