**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  **Woodcock v. Curry, Warden**

No.:  **C 07-3043 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On November 2, 2007, I served the attached **MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS UNTIMELY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Michael J. Woodcock
H-27629/D-112 Low
Correctional Training Facility
P.O. Box 689
Soledad, CA  93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 2, 2007, at San Francisco, California.

|  D. Desuyo  |  /s/ D. Desuyo  |
|:---:|:---:|
|  Declarant  |  Signature  |

20111908.wpd