IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. WOODCOCK,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>    Respondent.<br>                                       / | No. C 07-3043 WHA (PR)<br><br>**GRANT OF PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE MOTION TO DIMSISS** |

    Petitioner's motion for an extension of time to file his opposition (document number 9 on the docket) is **GRANTED**. The time to file the traverse is **EXTENDED** to January 1, 2008.

    **IT IS SO ORDERED.**

Dated: December   11  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\WOODCOCK043.EXT-P.wpd