IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. WOODCOCK, | No. C 07-3043 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

Pursuant to the court's order entered today, judgment is entered in favor of respondent and against petitioner. Petitioner shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: September  8 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\WOODCOCK043.JUD.wpd