UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAELJ. WOODCOCK,

                Plaintiff,

  v.

BEN CURRY,

                Defendant.

_____/

Case Number: CV07-03043 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Woodcock
H-27629/ D-112 Low
Correctional Training Facility
PO Box 689
Soledad, CA 93960

Dated: September 9, 2008

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk